## COURTROOM MINUTE SHEET

DATE ___12-16-2022___

CIVIL NO. ___CIV-21-843___ –F

James Mireles and Carmen Mireles, Husband and Wife -vs- Liberty Insurance Corporation

COMMENCED ___1:35___    ENDED ___2:35___    TOTAL TIME ___1 hr. 00 min.___

PROCEEDINGS ___Motion hearing___

JUDGE STEPHEN P. FRIOT    DEPUTY LORI GRAY    REPORTER TRACY THOMPSON

PLF COUNSEL ___Ben Baker___

DFT COUNSEL ___Margo Shipley, William O'Connor___

The court hears arguments of counsel regarding Plaintiffs' Motion to Exclude Defendant's Expert, Andrew C. Jayne or, in the Alternative, Limit His Testimony (doc. no. 32).

Plaintiffs' Motion to Exclude Defendant's Expert, Andrew C. Jayne or, in the Alternative, Limit His Testimony (doc. no. 32) is **GRANTED IN PART and DENIED IN PART** (as a pretrial *Daubert* motion).   The only aspect as to which the motion is granted is that Mr. Jayne will not be permitted to testify as to the cause of damage to the roof.

The proposed expert witness, Andrew Jayne, will be permitted to testify in accordance with the following standards:

1.  The opinion must be expressed, in substance, in his report.
2.  He may testify as to the applicable standards, even though those standards are partially based on Oklahoma law.
3.  He may opine as to whether those standards were appropriately applied by the defendant, as long as he does not predicate any of those opinions on any expertise he may purport to have as an expert with respect to the cause of the damage to the roof.
4.  He will not be permitted to testify as to how, as a matter of law, any issue in the case should be resolved by the jury.
5.  Because the facts as to the date of the loss and the date of filing suit are uncontroverted, and because Mr. Jayne is not a percipient witness as to any other facts that may have a bearing on the timeliness of filing suit, he will not be permitted to opine as to whether the suit was timely filed.   If the issue of timeliness is submitted to the jury with respect to the claim for breach of contract, the jury will be fully capable of applying the law as set forth in the instructions to the facts shown by the evidence.   And, in the court's view, the issue of timeliness of filing suit is not relevant to the bad faith claim.

21-0843x001.docx